TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

DAVENÉ D. WALKER
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305-0506
Email: davene.walker@usdoj.gov

Attorneys for Federal Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA LEE DEMORUELLE, *pro se*, | CIVIL NO. 20-00147 LEK-RT |
| Plaintiff, | JOINT STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, | |
| Defendant. | |

Pursuant to LR41.1, the parties submit this stipulation for dismissal without prejudice. In light of the United States Environmental Protection Agency's October 12, 2021 withdrawal of the challenged agency action, Plaintiff's claim is

now moot. As such, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sandra Lee Demoruelle voluntarily dismisses without prejudice all claims in her Second Amended Complaint, with each party to bear her or his own costs.

There are no counterclaims, cross-claims, or third-party claims.

Dated: October 15, 2021.

_____
Sandra L. Demoruelle
Plaintiff, *pro se*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ Davené D. Walker
Davené D. Walker
Trial Attorney

Attorneys for Federal Defendant

APPROVED AS TO FORM.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Sandra Lee Demoruelle v. Michael S. Regan*, Civil No. 20-00147 LEK-RT    2
Joint Stipulation for Dismissal